UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  07-22155—CIV—GOLD/Turnoff

JUAN GONZALEZ,

    Plaintiff,

v.

SOUTHERN PARKING, INC. *et al.*

    Defendant.

_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, JUAN GONZALEZ, and the Defendants, SOUTHERN PARKING, INC. and WILLIAM KENT, individually, pursuant to Fed. R. Civ. P. 41(a)(1) and hereby stipulate that the above-referenced matter has been resolved amicably between the parties and therefore further stipulate that the instant action should be dismissed **with prejudice.**

    Respectfully submitted,

    SUSAN L. DOLIN, P.A.
    9000 Sheridan Street, Suite 93
    Pembroke Pines, FL  33024
    Tel.:  954-862-2284
    Fax:  954-862-2287
    By:  s/ Susan L. Dolin
    FBN:  708690
    E-mail:  sdolinlaw@aol.com

    J.H. ZIDELL, P.A.
    300 71st Street, Suite 605
    Miami Beach, FL  33141
    Tel.:  305-865-6766
    Fax:  305-865-7167
    By:  s/  J.H. Zidell
    FBN:  0010121
    E-mail:  zabogado@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  07-22155—CIV—GOLD/Turnoff

JUAN GONZALEZ,

        Plaintiff,

v.

SOUTHERN PARKING, INC. *et al.*

        Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

This matter having come before the Court on the Parties' Joint Stipulation for Dismissal **With Prejudice,** and the Court having reviewed the record and having reviewed and approved the Confidential Settlement Agreement and being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-referenced matter shall be, and is hereby dismissed **with prejudice**.  This Court shall retain jurisdiction for sixty (60) days solely for the purpose of enforcing the terms of the Confidential Settlement, should same become necessary.

Done and ordered at Miami, Florida this _____ day of December, 2007

                                                  _____

                                                  **UNITED STATES DISTRICT JUDGE**

**cc:  Counsel of Record**