UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22155-CIV-GOLD/TURNOFF

JUAN C. GONZALEZ,

    Plaintiff,

v.

SOUTHERN PARKING INC., et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court on the settlement agreement that counsel submitted for in camera review in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the settlement agreement, I have determined that it is a fair and reasonable resolution of Plaintiff's claim. Therefore, I approve the settlement agreement and close this case. Accordingly, it is hereby

**ORDERED and ADJUDGED** that:

1.     This case is CLOSED.

2.     All pending motions are DENIED as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11 day of March, 2008.

                                                  THE HONORABLE ALAN S. GOLD
                                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
U.S. Magistrate Judge William Turnoff
All Counsel of Record